UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Dennis L. Beck
United States Magistrate Judge
Fresno, California

                    RE:    NATOYIA JONES
                            Docket Number: 1:08CR00106-001 DLB
                            <u>**CONTINUANCE OF JUDGMENT**</u>
                            <u>**AND SENTENCE**</u>

Your Honor:

On January 14, 2010, the defendant pled guilty to violation of 18 USC 641, a Class A Misdemeanor, and the matter was referred to the probation office for a Presentence Investigation Report (PSR), and sentencing was set for March 4, 2010. Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from March 4, 2010, to April 1, 2010, at 10:00 a.m.

**REASON FOR CONTINUANCE:** Since the admitted charge is a guideline offense, the probation officer requests more time to allow the parties to submit informal and formal objections to the PSR, if necessary, and to allow the probation officer ample time to respond to any objections. If neither party has any objections to the PSR, the matter can be advanced.

If there are any questions, please do not hesitate to contact the undersigned at (559) 499-5718.

                            Respectfully submitted,

                            /s/ Rick C. Louviere

**RE:   NATOYIA JONES**
**Docket Number: 1:08CR00106-001 DLB**
<u>**CONTINUANCE OF JUDGMENT AND SENTENCE**</u>

**Rick C. Louviere**
**Supervising United States Probation Officer**

Dated:   January 21, 2010
             Fresno, California
             RCL:rcl

cc:   Docket Clerk
       Laurel M. Montoya
       Assistant United States Attorney
       Jeremy Kroger
       Defense Counsel
       United States Marshal
       Court Clerk
       Probation Office Calendar Clerk

        IT IS SO ORDERED.

  **Dated:   <u>January 23, 2010</u>**                <u>       /s/ Dennis L. Beck         </u>
                                                                        UNITED STATES MAGISTRATE JUDGE