1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorneys for Defendant
   NATOYIA JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00106 DLB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | Date:  April 8, 2010 |
| NATOYIA JONES, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Dennis L. Beck |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney, counsel for the government, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, NATOYIA JONES, that the date for sentencing in this matter may be continued one week to April 8, 2010, at 10:00 a.m., or the soonest date thereafter that is convenient to the Court. **The date currently set for sentencing is April 1, 2010. The requested new date is April 8, 2010, at 10:00 a.m.**

///
///
///
///
///
///

This request is being made by Ms. Jones because she will be unable to afford the travel fare from Pleansanton, California to Fresno, California until after her monthly benefit check clears on the afternoon of April 1, 2010, and she has no other means of making the two-hour trip to court.  Defense counsel has conferred with counsel for the government and with Ms. Sarah Kirk of United States Probation, and both parties consent to this short continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 30, 2010       By  /s/ Laurel Montoya
                                LAUREL MONTOYA
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 30, 2010       By  /s/ Jeremy S. Kroger
                                JEREMY S. KROGER
                                Assistant Federal Defender
                                Attorney for Defendant
                                Natoyia Jones

## O R D E R

**IT IS SO ORDERED.**  The sentencing in this matter is continued one week from April 1, 2010 to April 8, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 31, 2010**            /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE